UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: PATTI Y HAMPTON
AKA: PATTI Y SMITH, PATTI Y SCOTT

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 1-21-01826-HWV

PATTI Y HAMPTON
AKA: PATTI Y SMITH, PATTI Y SCOTT

Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on January 3, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of January 3, 2023, the Debtor(s) is/are $10,094.72 in arrears with a plan payment having last been made on May 24, 2022

In accordance with said stipulation, the case may be dismissed

Respectfully Submitted,
/s/ Douglas R. Roeder, Esquire
ID: 80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
email: droeder@pamd13trustee.com

Dated: January 3, 2023

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: PATTI Y HAMPTON
AKA: PATTI Y SMITH, PATTI Y SCOTT

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 1-21-01826-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 3, 2023, I served a copy of this Certification of Default on the following parties by 1st Class Mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| DONALD ZAGURSKIE, ESQUIRE<br>117 MAIN STREET<br>PO BOX O<br>MIFFLIN, PA 17058- | SERVED ELECTRONICALLY |
| PATTI Y HAMPTON<br>6385 WILLIAM PENN HWY<br>MIFFLINTOWN, PA 17059 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 3, 2023

/s/ Matt Arcuri
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: info@pamd13trustee.com