United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-01826-HWV |
| Patti Y Hampton | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jan 04, 2023 | Form ID: pdf010 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patti Y Hampton, 6385 William Penn Hwy, Mifflintown, PA 17059-7363 |
| 5431235 | + | Milstead & Associates LLC, Courtney A. Martin Esq, 1 E Stow Rd, Marlton, NJ 08053-3118 |
| 5431960 | + | The Bank of New York Mellon, c/o Andrew M. Lubin, Esquire, Milstead & Associates, LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5431236 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 04 2023 18:43:00 | The Bank of New York Mellon, 1800 Tapo Canyon Rd, Mail Stop #SV-103, Simi Valley, CA 93063-6712 |
| 5442553 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 04 2023 18:44:00 | The Bank of New York Mellon, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2023          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bernadette Irace | |
| | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York, as trustee, on behalf of the holders of the |

| | |
|---|---|
| | CWABS, Inc., Asset-Backed Certificates, Series 2004-1 birace@milsteadlaw.com, bkecf@milsteadlaw.com |
| Brian C Nicholas | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York, as trustee, on behalf of the holders of the CWABS, Inc., Asset-Backed Certificates, Series 2004-1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Donald K. Zagurskie | on behalf of Debtor 1 Patti Y Hampton jzmlawoffice@gmail.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Lorraine Gazzara Doyle | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York, as trustee, on behalf of the holders of the CWABS, Inc., Asset-Backed Certificates, Series 2004-1 ldoyle@logs.com, Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Roger Fay | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York, as trustee, on behalf of the holders of the CWABS, Inc., Asset-Backed Certificates, Series 2004-1 rfay@milsteadlaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| PATTI Y HAMPTON<br>AKA: PATTI Y SMITH, PATTI Y SCOTT<br>　　　　　　　　　　　Debtor 1 | Chapter:<br><br>Case No.:　　1-21-01826-HWV |
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>　　vs.　　　　　　　Movant(s)<br><br>PATTI Y HAMPTON<br>AKA: PATTI Y SMITH, PATTI Y SCOTT<br>　　　　　　　　Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 4, 2023

Order Dismissing Case with Parties - Revised 9/17

Case 1:21-bk-01826-HWV    Doc 45    Filed 01/06/23    Entered 01/07/23 00:25:55    Desc
Imaged Certificate of Notice    Page 3 of 3